**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**TALLAHASSEE DIVISION**

| | | |
|---|---|---|
| **MELISSA CELESTE WHITEHEAD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | **Case No. 4:07cv46-SPM/WCS** |
| | ) | |
| **vs.** | ) | |
| | ) | |
| **COCA-COLA ENTERPRISES INC.,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**STIPULATED ORDER OF REFERRAL TO ARBITRATION**

The parties, by and through counsel, represent to the Court that they are in agreement that this matter should be sent to arbitration under Defendant's Alternative Dispute Resolution ("ADR") Program known as "Solutions."

**WHEREFORE**, upon stipulation and agreement of the parties, it is hereby

**ORDERED** that the claims asserted herein shall be arbitrated pursuant to Defendant's Solutions ADR Program.  It is further

**ORDERED** that all claims are dismissed without prejudice to their pursuit in the arbitration proceeding. The court retains jurisdiction solely to enforce the order to proceed to arbitration and to address any motion to enforce, confirm, vacate or modify any arbitration. The Clerk shall close the file. Defendant's unopposed motion for an extension (Dkt. 2) is DENIED AS MOOT.

**ENTERED** this 23rd day of February, 2007.

_s/ Stephan P. Mickle_

Stephan P. Mickle
United States District Judge